# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>VANESA S. PERAZA<br><br>　　　　　　　　　　Defendant. | CASE NO. 09cv2312 JM(WMc)<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Over the past two years, Plaintiff Grace L. Sandoval has filed in excess of 60 separate actions in this district. 08cv1297, 08cv1621, 08cv1623, 08cv1853, 98cv1854, 08cv1868, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0455, 09cv0456, 09cv0475, 09cv0476, 09cv582, 09cv585, 09cv586, 09cv1232, 09cv1507, 09cv1508, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 08cv1622, 09cv0477, 09cv0478, 09cv493, 09cv1506, 09cv1849, 09cv0491, 08cv1848, 08cv1869, 08cv2151, 09cv0588, 09cv0600, 09cv0441, 09cv0454, 09cv0474, 09cv0492, 09cv0494, 09cv0495, 09cv0583, 09cv0642, 09cv1514, 09cv2218. Each action was brought <u>in propria persona</u> and <u>in forma pauperis</u>. Each appears to have been dismissed as frivolous or for failure to state a claim. The present complaint fairs no better. Plaintiff alleges that Defendant Vanesa S. Peraza, in concert with numerous other individuals, sought to murder her mother. She also alleges that other individuals, including O. J. Simpson, are involved attempting to kidnap the grandchildren of Felomenia N. Dutra.

The Clerk of Court is instructed to dismiss the action without prejudice as frivolous and for failure to state a claim. The court also denies Plaintiff's motion to proceed <u>in forma pauperis</u> and for appointment of counsel as moot.

**IT IS SO ORDERED.**

DATED: October 19, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties