# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Grace L. Sandoval

      **V.**         **JUDGMENT IN A CIVIL CASE**

Vanesa S. Peraza

              **CASE NUMBER:** 09cv2312-JM(WMC)

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Clerk of Court is instructed to dismiss the action without prejudice as frivolous and for failure to state a claim. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot..........................................................................................................................
..................................................................................................................................................................

| October 20, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON October 20, 2009 |